974 A.2d 1162

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Michael WALLER, Petitioner.**

Supreme Court of Pennsylvania.

June 23, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.